**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SECURENET SOLUTIONS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Defendant. | Case No. 2:16-CV-1243 <br><br> LEAD CASE |
| SECURENET SOLUTIONS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TYCO INTEGRATED SECURITY LLC; and SENSORMATIC ELECTRONICS, LLC, <br><br> Defendants. | Case No. 2:16-CV-1258 |
| SECURENET SOLUTIONS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:16-CV-1260 |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AS TO DEFENDANT MICROSOFT CORPORATION

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff SecureNet Solutions Group, LLC and Microsoft Corporation. Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be GRANTED.

It is therefore ORDERED that all proceedings in this case between SecureNet and Defendant Microsoft Corporation, including all deadlines between the parties, are extended and stayed until February 17, 2017. If a motion to dismiss has not been filed by February 17, 2017, the parties are ORDERED to appear for a status conference on February 21, 2017, at 9:00 a.m.

**SIGNED this 20th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

2